## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## GALVESTON DIVISION

| | | |
|---|---|---|
| **MICHAEL PELTIER and** | § | |
| **KELLY PELTIER** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | **CASE NO.  3:17-cv-00202** |
| **v.** | § | |
| | § | |
| **STGJ ENTERPRISES, LLC D/B/A** | § | |
| **SMI AGENCY, LERETA, LLC, and** | § | |
| **WRIGHT NATIONAL FLOOD** | § | |
| **INSURANCE,** | § | |
| | § | |
| **Defendants.** | § | |

## JOINT MOTION TO STAY MOTIONS AND
## RESET RULE 16 CONFERENCE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, Plaintiffs MICHAEL PELTIER and KELLY PELTIER ("the Peltiers"), Defendant STGJ Enterprises LLC d/b/a SMI Agency ("SMI"), Defendant LERETA, LLC ("LERETA"), and Defendant WRIGHT NATIONAL FLOOD INSURANCE COMPANY ("Wright"), for the purpose filing this Joint Motion to Stay Pending Motions and Reset the Rule 16 Conference.

## I.

The parties have agreed to mediate this case within the next sixty (60) days.  In the interest of economy, the parties respectfully ask this Court to (1) stay submission of the pending motions,[1] including any response or reply deadlines, by sixty (60) days and (2)

---

[1] [Doc. 22] (plaintiff's motion to remand); [Doc. 28] (Wright's Motion to Dismiss First Amended Complaint); [Doc. 29] (Wright's Motion to Dismiss First Amended Cross Claim); [Doc. 31] SMI's Motion for Leave to Amend]; [Doc.

reset the Rule 16 Conference currently set for October 3, 2017 until at least December 5, 2017.  The parties will jointly notify the Court within sixty (60) days as to the status of mediation and whether the case settled.

WHEREFORE, the parties respectfully request that this Court enter an order:

(1)     Staying submission of the pending motions, specifically, [Doc. 22], [Doc. 28], [Doc. 29], [Doc. 31], [Doc. 40], and [Doc. 41], until at least December 5, 2017;

(2)     Staying any response or reply deadlines to said motions until at least December 5, 2017; and

(3)     Resetting the Rule 16 Conference until after December 5, 2017.

The parties further request any other relief to which they may show themselves justly entitled.

---

40] (Lereta's Partial Motion to Dismiss First Amended Complaint); [Doc. 41] (Lereta's Partial Motion to Dismiss First Amended Crossclaim).

Respectfully submitted,

**GREER, HERZ & ADAMS, L.L.P.**

By: /s/ *John A. Buckley, Jr.*
  John A. Buckley, Jr.
  State Bar No. 03300500
  So. Dist. of Texas No. 7601
  2525 South Shore Blvd., Ste. 203
  League City, Texas 77573
  P: 409-797-3200
  F: 866-409-7178
  Email: jbuckley@greerherz.com
**Counsel for Plaintiffs Michael Peltier and Kelly Peltier**

and

**RAMZEY ZEIN-ELDIN & ASSOCIATES**

By: /s/ *Ramzey Zein-Eldin*
  Ramzey Zein-Eldin
  State Bar No. 22256400
  Admitted Pro Hac Vice
  6511 Stewart Road, Suite 4
  P.O. Box 3951
  Galveston, Texas 77552
  P: 409-744-4357
  F: 409-740-0780
  Email: Ramzey543@gmail.com
**Counsel for Plaintiffs Michael Peltier and Kelly Peltier**

and

**ROYSTON, RAYZOR, VICKERY &
WILLIAMS, L.L.P.**

By: /s/ *Scott R. Breitenwischer*
     Scott R. Breitenwischer State Bar No.
     02947695
     Federal ID No. 10827
     Christine Raborn
     State Bar No. 24044758
     Federal ID No. 931674
     Royston, Rayzor, Vickery & Williams,
     L.L.P.
     1600 Smith Street, Suite 5000
     Houston, Texas 77002
     P: 713-224-8380
     F: 713-225-9945
     Email:
     scott.breitenwischer@roytsonlaw.com;
     christine.raborn@roystonlaw.com
**Counsel for Defendant STGJ Enterprises,
LLC d/b/a SMI Agency**

and

**BECK REDDEN LLP**

By: /s/ *Bryon A. Rice*
     Bryon A. Rice
     State Bar No. 24065970
     Federal ID No. 1118643
     Jaqueline M. Furlow
     State Bar No. 24087551
     Federal ID No. 2191275
     Beck Redden LLP
     1221 McKinney Street, Suite 4500
     Houston, Texas 77010
     P: 713-951-3700
     F: 713-951-3720
     Email: brice@beckredden.com
**Counsel for Defendant LERETA, LLC**

and

**FREEBORN & PETERS, LLP**

By: /s/ *Alexander S. de Witt*
      Alexander S. de Witt
      VA State Bar No. 42708 (Pro Hac Vice
      411 East Franklin Street, Suite 200
      Richmond, Virginia 23219
      P: (804) 433-4790
      F: (804) 644-1354
      Email: adewitt@freeborn.com
**Counsel for Defendant Wright National**
**Flood Insurance Company**

and

**BAKER & HOSTETLER, LLP**

By: /s/ *Bradley K. Jones*
      Bradley K. Jones
      State Bar No. 24060041
      Fed. ID 931122
      811 Main Street, Suite 1100
      Houston, Texas 77002
      P: 713-646-1379
      F: 713-751-1717
      Email: bkjones@bakerlaw.com
**Counsel for Defendant Wright National**
**Flood Insurance Company**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 25, 2017, a true copy of the foregoing document was served upon all parties or their attorneys contemporaneously with or before the filing of this pleading, in a manner authorized by Federal Rule of Civil Procedure 5(b)(1), using this Court' CM/ECF system.

      /s/ *Bradley K. Jones*
      Bradley K. Jones