Case 3:17-cv-00202   Document 46   Filed in TXSD on 09/25/17   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
September 25, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| MICHAEL PELTIER, *et al*, | § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 3:17-CV-202 |
| | § | |
| STGJ ENTERPRISES, LLC; dba SMI AGENCY, *et al*, | § § § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is the parties' Joint Motion to Stay Motions and Reset Rule 16 Conference. Dkt. 44. Having considered the Motion, the Court determines that the Motion bears merit and should be **GRANTED**.

It is therefore **ORDERED** that submission of the pending motions, specifically, Dkt. 22, Dkt. 28, Dkt. 29, Dkt. 31, Dkt. 40, and Dkt. 41, including any deadline to respond or reply, be and hereby is extended to and including **December 5, 2017**.

It is further **ORDERED** that the initial pretrial and scheduling conference currently set for October 3, 2017 is hereby reset to **January 10, 2018 at 9:30 AM**.

It is further **ORDERED** that the parties shall, within seven (7) days following the completion of mediation, but not later than **December 5, 2017**, jointly notify the Court regarding the status of mediation and whether the case has settled.

SIGNED at Galveston, Texas, this 25th day of September, 2017.

*/s/ George C. Hanks Jr.*
George C. Hanks Jr.
United States District Judge