IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| MICHAEL PELTIER AND<br>KELLY PELTIER<br>    Plaintiffs,<br><br>STGJ ENTERPRISES, LLC<br>D/B/A SMI AGENCY, LERETA, LLC,<br>AND WRIGHT NATIONAL FLOOD<br>INSURANCE<br>    Defendants. | § § § § § § § § § | CA NO. 3:17-cv-00202 |

## NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF THIS COURT:

Plaintiffs Michael Peltier and Kelly Peltier ("Plaintiffs") file this Notice of Settlement, and would respectfully show the Court as follows:

Plaintiffs and Defendants have reached a settlement regarding all of the claims asserted in this matter during mediation. The parties will prepare and exchange settlement documents, which will include a dismissal with prejudice of the underlying claims asserted by Plaintiffs.

Respectfully submitted,

GREER, HERZ & ADAMS, L.L.P.

By:   */s/ John A. Buckley, Jr.*
       **John A. Buckley, Jr.**
       State Bar No. 03300500
       So. Dist. of Texas No. 7601
       GREER, HERZ & ADAMS, L.L.P.
       2525 South Shore Blvd., Ste. 203
       League City, Texas 77573

384054.1

(409) 797-3200 (Telephone)
(866) 409-7178 (Facsimile)
jbuckley@greerherz.com

Ramzey Zein-Eldin
State Bar No. 22256400
Admitted Pro Hac Vice
6511 Stewart Road, Suite 4
P. O. Box 3951
Galveston, Texas  77552
(409) 744-4357 (Telephone)
(409) 740-0780 (Facsimile)
Ramzey543@gmail.com

**COUNSEL FOR PLAINTIFFS MICHAEL PELTIER AND KELLY PELTIER**

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document was served on the _13th_ day of _December_, 2017 upon the following counsel of record via email:

Scott R. Breitenwischer
Royston, Rayzor, Vickery & Williams, L.L.P.
Kamilla Shlimak
1600 Smith Street, Suite 5000
Houston, TX 77002
(713) 224-8380 Telephone
(713) 225-9945 Facsimile
scott.breitenwischer@roystonlaw.com
kamilla.shlimak@roystonlaw.com
Attorneys for Defendant,
STGJ Enterprises, LLC D/B/A SMI Agency

Bradley K. Jones
Baker & Hostetler, LLP
811 Main Street, Suite 1100
Houston, TX 77002
bkjones@bakerlaw.com
and

384054.1

Alexander Spotswood de Witt
Freeborn & Peters LLP
411 East Franklin Street, Suite 200
Richmond, VA 23219
adewitt@freeborn.com
Attorneys for Defendant Wright National
Flood Insurance Company

Bryon A. Rice
brice@beckredden.com
Beck Redden
1221 McKinney Street, Suite 4500
Houston, Texas 77010
Attorney for Defendant LERETA, LLC

                                                                  */s/ John A. Buckley, Jr.*
                                                                  John A. Buckley, Jr.

384054.1