United States District Court
Southern District of Texas
**ENTERED**
December 14, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| MICHAEL PELTIER, *et al*, § § Plaintiffs, § VS. § STGJ ENTERPRISES, LLC; dba SMI § AGENCY, *et al*, § § Defendants. § | CIVIL ACTION NO. 3:17-CV-202 |

## CONDITIONAL DISMISSAL ORDER

The Court has been advised that a settlement has been reached between the parties. Dkt. 55.

Accordingly, it is hereby **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** to reinstatement of all claims asserted in this matter, unless any party represents in writing filed with the Court on or before **January 12, 2018** that the settlement could not be completely documented.

All pending motions are hereby **DENIED as moot**.

SIGNED at Galveston, Texas, this 14th day of December, 2017.

George C. Hanks Jr.
United States District Judge